RECEIVED OCT 19 2022 PRO SE OFFICE

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anthony m Marrone<br>112- South ave apt 2<br>S.I Ny, 10303<br><br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-against-<br><br>Amazon Com Serves<br>410 terry ave N<br>Seatle, Wa, 98109<br><br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | **Complaint for Employment Discrimination**<br><br>Case No. **CV 22-6385**<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial:  ☐ Yes  ☑ No<br>(check one)<br><br>Kovner, J.<br><br>Bloom, M.J. |

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Anthony Marrone
- Street Address: 112 - Sixth ave apt 2
- City and County: Staten Island
- State and Zip Code: NY, 10303
- Telephone Number: 347-409-6718
- E-mail Address: Marroneanthony5@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

- Name: Amazon.com Services
- Job or Title (if known):
- Street Address: 410 - Terry ave North
- City and County: Seatle, WA, 98109
- State and Zip Code:
- Telephone Number: 206-266-1000
- E-mail Address (if known):

Defendant No. 2

- Name:
- Job or Title (if known):
- Street Address:
- City and County:

      State and Zip Code  _____
      Telephone Number  _____
      E-mail Address  _____
      (if known)

**C.**   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name                 Oxy 2
    Street Address     526 Gulf ave
    City and County   Staten island, Richmond
    State and Zip Code   NY 10314
    Telephone Number

**II.**   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

    ☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

        *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

    ☑   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

        *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

    ☑   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

        *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*: _____

☐ Relevant state law *(specify, if known)*: _____

☐ Relevant city or county law *(specify, if known)*: _____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☒ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☒ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) **9/18/2021**

C. I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race  white
☐ color _____
☐ gender/sex _____
☐ religion _____
☐ national origin _____
☑ age. My year of birth is  4/16/71 . *(Give your year of birth only if you are asserting a claim of age discrimination.)*
☑ disability or perceived disability *(specify disability)*
   L D

E. The facts of my case are as follows. Attach additional pages if needed.

I am filing this Lawsuit because Cintas willfully committed illegal labor practices against me first I willfully cursed at by a site manager saying move again fuckin ass old man he said that to me more than once then I find out from Osha they did not report my injury to them before I injured my back from lifting an A/C then I was illegally suspended by there HR rep who was black then wrongfully terminated me because I am white and hill saying that was the reason

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

5

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

   Racial

B. The Equal Employment Opportunity Commission *(check one)*:

   ☐ has not issued a Notice of Right to Sue letter.
   ☑ issued a Notice of Right to Sue letter, which I received on *(date)*
   _____

   *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

   ☑ 60 days or more have elapsed.
   ☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am Requesting 1 years lost pay totaling about 42,000 plus pain and suffering will leave that up to the Judge

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/19, 2022

Signature of Plaintiff   *Anthony n Marrone*
Printed Name of Plaintiff   Anthony m Marrone



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 07/20/2022

**To:** Anthony Marrone
112 South Avenue
Apt #2
Staten Island, NY 10303

Charge No: 16G-2021-02802

EEOC Representative and email:    Holly Shabazz
S/L Program Manager
HOLLY.SHABAZZ@EEOC.GOV

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Judy Keenan
07/20/2022

Judy Keenan
District Director




# Social Security Administration
## Benefit Verification Letter

000786
1/1

Date: September 6, 2022
BNC#: 22UG209J07346
REF: C1, DI

T3 P1 152318-10-1-2 - 786 BEV 0906



000786

ANTHONY MICHAEL MARRONE
112 SOUTH AVE
BASEMENT APT
STATEN ISLAND NY   10303

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning July 1990, the full monthly Social Security benefit before any deductions is $0.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $0.00.
(We must round down to the whole dollar.)

Benefits were stopped beginning July 1990.

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

**Type of Social Security Benefit Information**

You are entitled to monthly benefits as a dependent of the wage earner.

**Information About Supplemental Security Income Payments**

Beginning September 2022, the current Supplemental Security Income payment is $841.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

See Next Page

We found that you became disabled under our rules on September 1, 1993.

### Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

### Date of Birth Information

The date of birth shown on our records is April 16, 1971.

### Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

### If You Have Questions

### Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-331-5288**.

> SOCIAL SECURITY
> 1441 South Ave
> Staten Island NY 10314

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*